AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| | ) | 26-mj-04 |
| JACOBO EDUARDO US-REAL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2026__ in the Parish of __Jefferson__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_/s/ Abigail Kamenar_
*Complainant's signature*

Abigail Kamenar, Special Agent, HSI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 16th day of January, 2026 in New Orleans, Louisiana.

Date: __January 16, 2026__

City and state: __New Orleans, Louisiana__

_Donna Phillips Currault_
*Judge's signature*

Honorable Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

_____ Fee _____
__x__ Process __2 ccc USM__
__x__ Dktd ___nml___
_____ CtRmDep _____
__x__ Doc. No __1__

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 26-04** |
| **v.** | * | **SECTION: MAG** |
| **JACOBO EDUARDO US-REAL** | * | <span style="color:red">**FILED UNDER SEAL**</span> |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Abigail Kamenar, being duly sworn, state as follows:

### PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of a criminal complaint and warrant of arrest for **JACOBO EDUARDO US-REAL ("US-REAL")**.

### INTRODUCTION AND AGENT BACKGROUND

2. I, Special Agent (SA) Abigail Kamenar, am currently employed with the United States Homeland Security Investigations (HSI) and am currently assigned to the Baton Rouge Field Office in Baton Rouge, Louisiana. I have been employed with HSI since December 2025. Prior to my employment with the HSI, I was a United States Marshal Service Federal Contract Liaison from 2024 to 2025. In connection with my official duties, I investigate criminal violations of Title

18 of the United States Code, including violent crime offenses. I have received specialized training in the enforcement of these statutes, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program.

3.     The information in this affidavit is based upon my own knowledge, records furnished to me in my official capacity, and information provided by other law enforcement officials involved in this investigation. This affidavit does not contain every material fact that I have learned during the course of this investigation and is intended to show only that there is sufficient probable cause for the requested warrant.

4.     Based on my training and experience and the facts set forth in this affidavit, I believe there is probable cause to believe that **JACOBO EDUARDO US-REAL** committed violations of Title 18, United States Code, Section 111(a)(1) in the Eastern District of Louisiana.

**BACKGROUND**

5.     On January 14, 2026, at approximately 9:22AM, Immigration and Customs Enforcement (ICE) – Enforcement and Removal Operations (ERO) Officers Maria Ortega-Valencia ("Officer Ortega-Valencia"), Jose Bracero-Casiano ("Officer Bracero-Casiano"), and Stedmon Henderson ("Officer Henderson") were conducting surveillance operations in Metairie, Louisiana. As part of these operations, ICE-ERO officers conducted license plate queries to identify illegal aliens with final orders of removal. While performing these operations at the parking lot of the Lowe's Home Improvement Store ("Lowe's"), located at 3640 Veterans Memorial Blvd. in Metairie, Louisiana, the ICE-ERO officers observed a red Nissan Rogue, bearing Texas license plate number 9433, pull into a parking space at the Lowe's. The ICE-ERO officers observed three male individuals exit the Nissan Rogue and enter the Lowe's store. The vehicle occupants remained inside of the Lowe's for approximately ten minutes before returning

2

to the Lowe's parking lot and reentering the Nissan Rogue. During that time, the ICE-ERO officers conducted registration and license plate queries on the vehicle's license plate and learned that the vehicle was registered to Emilio Us-Castro ("Us-Castro"), a citizen and national of Guatemala. ICE-ERO agents ran Us-Castro's name and date of birth through its databases which gave the officer's Us-Castro's alien registration number. Through obtaining Us-Castro's alien registration number ICE-ERO agents learned that Us-Castro was given a final order of removal on March 28, 2017, by Immigration Judge Jennie L. Giambastiani at the immigration court in Chicago, Illinois. Through its determination that the Nissan Rogue's registered owner is an illegal alien who is under a final order of removal, ICE-ERO conducted an immigration inspection of the vehicle occupants.

6. ICE-ERO officers observed the Nissan Rogue exit the Lowe's parking lot, turn right onto eastbound Veterans Memorial Blvd., execute a U-turn onto westbound Veterans Memorial Blvd., and quickly turn right onto Hessmer Ave. The ICE-ERO officers followed the Nissan Rogue down Hessmer Ave. and activated their unit lights near 3600 Hessmer Ave.

7. After the vehicle came to a stop near 3600 Hessmer Ave., the three ICE-ERO officers exited their units and approached the Nissan Rogue. Officer Ortega-Valencia and Officer Bracero-Casiano approached the vehicle on the driver side while Officer Henderson approached the vehicle's passenger side. Officer Ortega-Valencia knocked on the vehicle's driver side window, identified herself as law enforcement, and asked the driver to roll down his window in Spanish. The vehicle's driver, Emilio Us-Castro, refused her commands, so Officer Ortega-Valencia repeated her instructions to Us-Castro to roll down his window. Then, upon noticing that Us-Castro was trying to place the vehicle into drive, Officer Ortega-Valencia broke the driver side window and reached inside of the vehicle to open the driver door. At that point, Officer Ortega-Valencia saw that the right backseat passenger had opened the vehicle door and fled on foot. The ICE-ERO

3

officers continued with the vehicle stop. Officer Ortega-Valencia observed that Us-Castro was still attempting to place the vehicle in gear, so she reached into the vehicle and removed the keys from the ignition.

8.     Officer Ortega-Valencia and Officer Bracero-Casiano then tried to extract Us-Castro from the vehicle while Officer Henderson tried to extract the front seat passenger, later identified as **JACOBO EDUARDO US-REAL ("US-REAL")**. While extracting Us-Castro from the vehicle, Officer Ortega-Valencia noticed Officer Henderson wrestling with **US-REAL** on the ground. Officer Ortega-Valencia went to assist Officer Henderson. She commanded **US-REAL** to stop resisting in Spanish, but he continued, so Officer Ortega-Valencia deployed her Oleoresin Capsicum ("OC") spray, commonly known as "pepper spray," and the officers handcuffed him. Officer Ortega-Valencia then returned to assist Officer Bracero-Casiano with extracting Us-Castro, who was still resisting. Officer Ortega-Valencia deployed her OC spray on Us-Castro and the officers handcuffed him.

9.     Once the ICE-ERO officers gained control of both subjects, they placed the subjects in separate vehicle units. As Officer Ortega-Valencia attempted to decontaminate the OC spray from her eyes, she heard Officer Bracero-Casiano call out that Us-Castro escaped from the unit and was fleeing on foot. Officers Bracero and Henderson pursued Us-Castro on foot down Hessmer Ave.

10.     Officer Ortega-Valencia approached the vehicle unit in which **US-REAL** was contained to render aid by pouring water on him to decontaminate the OC spray on his face. As Officer Ortega-Valencia reached into the vehicle towards **US-REAL**'s face with the water bottle, **US-REAL** bit her left middle finger, breaking the skin. As Officer Ortega-Valencia attempted to

4

restrain him, **US-REAL** headbutted her in the chest. The force from the impact from **US-REAL**'s headbutt maneuver pushed Officer Ortega-Valencia backwards and, at that point, **US-REAL** managed to escape the unit. A struggle between **US-REAL** and Officer Ortega-Valencia immediately ensued on Hessmer Ave.

11. Once on Hessmer Ave., Us-Real repeatedly attempted to bite and headbutt Officer Ortega-Valencia as she tried to regain control of him. As Officer Ortega-Valencia reached for her taser with her left hand, she lost physical control of Us-Real with her right hand. Us-Real called Officer Ortega-Valencia a "motherfucker" in Spanish and, while still handcuffed, fled on foot down Hessmer Ave. towards Veterans Memorial Blvd. Officer Ortega-Valencia pursued **US-REAL** on foot; however, **US-REAL** ultimately escaped.

12. ICE-ERO officers took the vehicle driver, Us-Castro, into custody and brought him to the ICE-ERO office in St. Rose, Louisiana for processing. While being processed, Us-Castro identified the vehicle's front seat passenger as **JACOBO EDUARDO US-REAL**.

13. ICE-ERO officers searched **US-REAL**'s name in immigration databases, which confirmed the vehicle passenger's identity as **JACOBO EDUARDO US-REAL**. Immigration databases further confirmed that **US-REAL** is a citizen and national of Guatemala, and his assigned Alien Registration Number is 249-324-333. Additionally, ICE-ERO officers obtained a video of the incident that was uploaded to social media by a bystander. The bystander video corroborated the identification of the front seat passenger as **US-REAL**.

14. Officer Oretega-Valencia immediately presented the Ochsner Health Center in Kenner, Louisiana, where she received medical care for the injury to her left middle finger. The treating medical provider confirmed that Officer Ortega-Valencia suffered puncture wounds from a human bite to her left middle finger. As such, Officer Ortega-Valencia received a tetanus shot,

was prescribed antibiotics, and given ibuprofen for finger swelling.

## CONCLUSION

15.    Based on the foregoing, I believe that probable cause exists that **JACOBO EDUARDO US-REAL** violated Title 18, United States Code, Section 111(a)(1), assault on a federal officer, in the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Abigail Kamenar*
Abigail Kamenar
Special Agent
Homeland Security Investigations

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 16th day of January, 2026 in New Orleans, Louisiana.

HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

6