# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 26-04 |
| v. | * | SECTION: MAG |
| JACOBO EDUARDO US-REAL | * | |
| | * | |

\* \* \*

## O R D E R

Considering the foregoing Motion to Unseal Complaint, Affidavit, and Arrest Warrant;

**IT IS HEREBY ORDERED** that the complaint, affidavit, and arrest warrant be and are hereby **UNSEALED**.

New Orleans, Louisiana, this __12th__ day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE