FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2026 MAR 05 PM03 21

CAROL L. MICHEL, CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR ASSAULT ON A FEDERAL OFFICER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 2 6 - 0 6 9 |
| v. | * | SECTION: SECT.A MAG.2 |
| **JACOBO EDUARDO US-REAL** | * | VIOLATIONS: 18 U.S.C. § 111(a)(1) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about January 14, 2026, in the Eastern District of Louisiana, the defendant, **JACOBO EDUARDO US-REAL**, did forcibly assault, resist, oppose, impede, intimidate and interfere with M.O.V., an Officer with the United States Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), while M.O.V. was engaged in the

√Fee  USM
___Process
X Dktd
___CtRmDep
___Doc.No.

performance of her official duties, and caused physical contact with and inflicted bodily injury to

M.O.V., in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

SHANNON KIPPERS
Assistant United States Attorney
Louisiana Bar Roll No. 37738

New Orleans, Louisiana
March 5, 2026

2

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

### JACOBO EDUARDO US-REAL

# INDICTMENT

### INDICTMENT FOR ASSAULT
### ON A FEDERAL OFFICER

**VIOLATION:**    18 U.S.C. § 111(a)(1)

*Filed in open court this* _____ *day of*
_____ *A.D. 2026.*

_____
*Clerk*

*Bail, $* _____
_____

**SHANNON KIPPERS**
**Assistant United States Attorney**