# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 26-069 |
| JACOBO EDUARDO US-REAL | * | SECTION: "A" (2) |

* * *

## FACTUAL BASIS

The defendant, **JACOBO EDUARDO US-REAL ("US-REAL"),** has agreed to plead guilty to the one-count indictment charging him with assault on a federal officer in violation of Title 18, United States Code, Section 111(a)(1).

Should this matter have gone to trial, the United States would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the indictment now pending against the defendant. Unless stated otherwise, the following acts occurred within the Eastern District of Louisiana.

On the morning of January 14, 2026, three federal law enforcement officers of United States Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) were conducting targeted enforcement operations in Metairie, Louisiana to locate and apprehend removable aliens. The three ICE ERO officers are referred to herein as Officers 1, 2, and 3. Officer 1 is referred to as "M.O.V." in the one-count indictment (Rec. Doc. 14).

While conducting these operations on Veterans Memorial Boulevard in Metairie, Louisiana, at approximately 9:13 a.m., Officer 1 observed a red Nissan Rogue occupied by three males pull into a parking space in the vicinity. The Nissan Rogue displayed Texas license plate number XXX-X433. Officer 1 observed the three males exit the vehicle and enter a nearby retail

1

AUSA ⟨signature⟩
Defendant ⟨signature⟩
Defense Counsel ⟨signature⟩

store. Officer 1 ran a computer check of the license plate displayed on the Nissan Rogue and learned that the registered owner of the vehicle was E.U. with a registration address in Kenner, Louisiana. Through further computer database checks of E.U.'s identifying information, Officer 1 learned that E.U. is a Guatemalan citizen who was previously ordered removed from the United States by an immigration judge in 2017. Officer 1 informed Officers 2 and 3 of the database query results on E.U. via radio transmission. At approximately 9:20 a.m., Officer 1 observed the same three males reenter the Nissan Rogue and exit the parking lot, turning right onto Veteran's Memorial Boulevard. Suspecting that the Nissan Rogue contained one or more aliens that are unlawfully present in the United States, the officers conducted a traffic stop to determine the immigration status of the vehicle occupants. Officer 1 followed the Nissan Rogue onto Hessmer Avenue in one government vehicle unit, while Officers 2 and 3 followed in another government vehicle unit. The officers activated the emergency equipment on their government vehicle units to initiate a traffic stop near 3600 Hessmer Avenue. The Nissan Rogue stopped near 3600 Hessmer Avenue. Officers 2 and 3 parked their government vehicle unit in front of the Nissan Rogue.

Officers 1 and 3 approached the subject vehicle on the driver side, while Officer 2 approached on the front passenger side of the vehicle. Officer 1 identified herself as a federal officer and instructed the driver, identified as E.U., to turn off the vehicle and roll down the window in Spanish. Despite repeated requests, E.U. refused Officer 1's commands. Then, upon noticing E.U. place his hand on the gear shifter and attempt to shift the vehicle into "drive," Officer 1 broke the front driver side window, reached inside of the vehicle, and unlocked the front driver side door. Once unlocked, Officer 1 opened the front driver side door and removed the vehicle keys from the ignition. Officers 1 and 3 then instructed E.U. to step out of the vehicle but E.U. did not comply with the officers' requests.

2

AUSA
Defendant
Defense Counsel

As the stop unfolded, the officers noticed the rear passenger side passenger abruptly exited the vehicle and fled the scene on foot. The officers continued with the traffic stop, with the driver, E.U., and the front passenger, later identified as **US-REAL**, remaining in the vehicle.

Due to E.U.'s continued refusal to comply with Officers 1 and 3's repeated commands to step out of the vehicle, Officers 1 and 3 attempted to physically remove E.U. from the vehicle. At around the same time, **US-REAL** unlocked the front passenger side door and Officer 2 removed **US-REAL** from the vehicle. Once out of the vehicle, **US-REAL** began struggling with Officer 2 in an attempt to flee. Officer 2 placed **US-REAL** on the ground to detain him. Officer 1 moved from the driver side to the passenger side of the vehicle to assist Officer 2. Officer 1 commanded **US-REAL** to stop resisting in Spanish, but **US-REAL** continued, so Officer 1 deployed Oleoresin Capsicum (OC) spray. Officers 1 and 2 managed to gain control of **US-REAL** and place **US-REAL** in handcuffs.

Officer 1 then returned to the driver side of the vehicle to assist Officer 3 with E.U., who was still physically resisting the officers' attempts to extract him from the vehicle. Due to E.U.'s continued refusal to comply with the officers' commands to exit the vehicle, Officer 1 deployed OC spray on E.U. Officers 1 and 3 gained control of E.U. and placed E.U. in handcuffs.

Once the officers had control over the situation, Officer 1 retrieved bottled water from a government vehicle unit to use for decontaminating the subjects and officers contaminated with OC. Officer 3 placed E.U. in one government vehicle unit while Officer 2 placed **US-REAL** in another government vehicle unit. The officers then realized that E.U. had managed to escape the government vehicle unit and was fleeing on foot. Officers 2 and 3 ran after E.U. while Officer 1 remained with the government vehicles and **US-REAL** near 3600 Hessmer Avenue.

3

AUSA _____
Defendant _____
Defense Counsel _____

Officer 1 approached the government vehicle unit in which **US-REAL** was detained to render aid to **US-REAL** by using bottled water to decontaminate the irritant effects of the OC on **US-REAL**'s face. As Officer 1 opened the rear vehicle door and reached into the vehicle towards **US-REAL**'s face with the bottled water, **US-REAL** bit Officer 1's left middle finger. **US-REAL** then used his head to push against Officer 1's chest in an attempt to flee. The force from the impact of **US-REAL**'s headbutt maneuver pushed Officer 1 backwards, and **US-REAL** jumped out of the government vehicle unit. After **US-REAL** pushed his way out of the government vehicle unit, a physical struggle between **US-REAL** and Officer 1 immediately ensued on Hessmer Avenue. **US-REAL** repeatedly attempted to bite Officer 1 as Officer 1 tried to regain control of him. Officer 1 eventually lost physical control of **US-REAL**, and **US-REAL** fled on foot down Hessmer Avenue while still in handcuffs. Officer 1 pursued **US-REAL** on foot; however, **US-REAL** ultimately escaped.

At the time of the aforementioned conduct, Officer 1 was on duty as an ICE ERO officer. At all relevant times, Officer 1 was engaged in the performance of Officer 1's official duties as a federal Deportation Officer with ICE ERO. Furthermore, when **US-REAL** was eventually taken into federal custody on February 9, 2026, **US-REAL** made statements to the arresting ICE agents confirming that, at the time of the encounter and assault on January 14, 2026, **US-REAL** knew Officer 1 to be an ICE officer.

**US-REAL** admits and agrees that he forcibly assaulted Officer 1; that he did so intentionally; and that his actions described herein involved physical contact with Officer 1.

4

AUSA _____
Defendant _____
Defense Counsel _____

## Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts known by **US-REAL** or the United States, but rather is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for **US-REAL**'s plea of guilty to the charged offense in the one-count indictment.

**APPROVED AND AGREED TO:**

_____
SHANNON M. KIPPERS
Assistant United States Attorney

5/7/2026
Date

_____
JACOBO EDUARDO US-REAL
Defendant

5-7-26
Date

_____
MAURA DOHERTY
Attorney for Jacobo Eduardo Us-Real

5-7-26
Date

5

AUSA _____
Defendant _____
Defense Counsel _____